**JS-6 / REMAND**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH SAHAGUN,<br><br>  Plaintiff,<br><br>  vs.<br><br>VICTORIA'S SECRET, DOES 1 TO 100.<br><br>  Defendant. | Case No.: CV 18-2833-DMG (SSx)<br><br>**ORDER RE JOINT STIPULATION TO LIMIT DAMAGES AWARD OR JUDGMENT AND REMAND TO STATE COURT [11]** |

-1-

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation to Limit Damages, Award, or Judgment and Remand to State Court. The parties have agreed that Plaintiff will not seek damages in this matter in excess of the sum or value of seventy-five thousand dollars ($75,000), exclusive of interest and costs. The parties have agreed that it would be appropriate to remand this action to the Los Angeles County Superior Court. Upon review and consideration, it is

ORDERED AND ADJUDGED THAT:

1. The Joint Stipulation to Limit Damages Award or Judgment be **APPROVED**. The Clerk of this Court is directed to **remand** this case to the Los Angeles County Superior Court. The Clerk is also directed to forward a certified copy of this Order to that Court.
2. Damages in this matter, including after remand, are capped at not more than $75,000.00, exclusive of interest and costs.
3. The Clerk is directed to CLOSE this file.
4. All dates and deadlines are hereby VACATED.

DATED: May 17, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE